UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 347-07
                                   [Superseding Information]
                                   Hon. Susan D. Wigenton
           v.                :

CHARLES PURCEL               :

### Order of Resitution

This matter having been opened to the Court by the United States, by Christopher J. Christie, United States Attorney for the District of New Jersey (V. Grady O'Malley, Chief Strike Force Unit, AUSA, appearing), and counsel for the defendant (Raymond F. Flood, Esq., attorney for defendant Charles Purcel) and upon agreement by both parties;

On this __10th__ day of October, 2008, it is the finding of this Court that, pursuant Section 5E1.1 of the Sentencing Guidelines and Title 18 U.S.C. §§ 3663 et seq., Defendant CHARLES PURCEL is herein directed to pay the sum of $25,000 in restitution to Local 911 of the International Union of Production, Clerical and Public Employees, due immediately, or in such payments as dictated by the United States Probation Department. This restitution sum shall not be affected by the restitution payments by any other defendants.

FURTHER, this restitution supplements the sentence imposed upon the Defendant CHARLES PURCEL on September 30, 2008.

All other conditions of the sentence imposed upon Charles Purcel remain in full force and effect.

_____
HONORABLE SUSAN D. WIGENTON
Federal District Court Judge