PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Charles Purcel            Cr.: 07-CR-347-02
                                                                          PACTS #: 48706

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 09/30/08

Original Offense: Witness Tampering

Original Sentence: 12 months and one day custody; 3 years TSR; Financial Disclosure; DNA; Employment Restriction; No New Debt and $25,000 in Restitution

Type of Supervision: TSR                         Date Supervision Commenced: 09/17/09

## STATUS REPORT

U.S. Probation Officer Action:

On September 17, 2009, the offender began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on April 15, 2011.

Mr. Purcel currently resides in Wayne, New Jersey. The offender has been co-owner of Pallisades Insurance Agency and CJP Accounting since 1987. The Court ordered the offender to make monthly payments of $100 to satisfy his financial obligation; however, the offender has been making $200 monthly payments. We believe that Mr. Purcel has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $6,500 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Purcel's term of supervision to expire as scheduled on September 16, 2012.

Respectfully submitted,

By: Patricia C, Jensen
U.S. Probation Officer Assistant
Date: August 28, 2012

[X] Concur with the recommendations of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Sept 4, 2012
_____
Date